Ken Carlson
PO Box 2417
Idyllwild, CA 92549

(951)659-6043

Plaintiff, In Pro Per

Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES FEDERAL DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN CARLSON, <br><br> Plaintiff, <br><br> vs. <br><br> TINDLE NEWSPAPERS, LTD, DOES 1-10, Inclusive. <br><br> Defendants. | CIVIL ACTION #CV10-03692 RGK (MANx) <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE [F.R.C.P. 41(a)(1)(A)(i)] |

TO DEFENDANT, ITS COUNSEL, AND TO THE COURT:

Plaintiff hereby voluntarily dismisses this action without prejudice.

No answer or summary judgment has been filed by Defendant. Initial responses from Defendant reveal the existence of additional Defendants whose inclusion would terminate the Diversity Jurisdiction under which this action was filed. Consequently, Plaintiff is compelled to re-file this action in State court.

IT IS SO ORDERED 08.03.10

DATED: July 29, 2010

Dated _____

_____
Ken Carlson
Plaintiff, in pro per

_____
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL [FRCP 41]

-1-